UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:08-CR-68(2) |
| ) | |
| CEDRIC MARLOW ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 1, 2008 [Doc. No. 31]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Cedric Marlow's plea of guilty, and FINDS the defendant guilty of Count 6 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:   October 21, 2008  

                                             /s/ Robert L. Miller, Jr.   
                                             Chief Judge  
                                             United States District Court